■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RAMOS, Appellant. [605 NYS2d 247] —Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered June 11, 1991, convicting defendant, after a jury trial of three counts of criminal sale of a controlled substance in the third degree, and sentencing him as a second felony offender to concurrent terms of from 5 to 10 years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People and giving them the benefit of every reasonable inference, the People's evidence clearly established defendant's guilt beyond a reasonable doubt *(People v Contes,* 60 NY2d 620, 621).

Jurors may reasonably infer conclusions that are logically compelling and flow naturally from consistent proven facts *(People v Cleague,* 22 NY2d 363). In addition, credibility is properly determined by the trier of facts *(People v Malizia,* 62 NY2d 755, 757, *cert denied* 496 US 932). It is the function of the jury to sift through the conflicting evidence, direct or circumstantial, and to determine whether the defendant's guilt has been proven beyond a reasonable doubt *(People v Kennedy,* 47 NY2d 196, 205). It was within the jury's province to credit the testimony of the witnesses, including the testimony of a 20-year veteran narcotics officer who, from a rooftop and with the aid of binoculars, saw defendant twice exchange glassine envelopes for money and ultimately transfer the paper bag which contained additional glassine envelopes to a co-defendant who continued to sell them. Concur— Carro, J. P., Ellerin, Wallach, Kupferman and Ross, JJ.